IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>DJAVON LAMONT KING,<br><br>Defendant. | Case No. CR 20-25-BLG-SPW-02<br><br><br>ORDER |

Defendant, Djavon Lamont King, filed a Motion to Transport Defendant to the Yellowstone County Detention Facility (Doc. 62). This Court has since been advised that Defendant is being transferred to YCDF by the U.S. Marshals Service. Therefore,

**IT IS HEREBY ORDERED** that the Defendant's Motion (Doc. 62) is **DENIED** as moot.

DATED this 7th day of July, 2020.

_Susan P. Watters_
SUSAN P. WATTERS
UNITED STATES DISTRICT JUDGE