IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>DJAVON LAMONT KING,<br><br>　　　　　　Defendant. | CR 20-25-BLG-SPW-2<br><br><br>ORDER |

For the reasons stated on the record at the Status of Counsel Hearing on October 8, 2020,

IT IS HEREBY ORDERED that the Defendant's Pro Se Motion to Appoint New Counsel (Doc. 71) is withdrawn and therefore **DENIED** as moot.

The clerk is directed to notify counsel of the entry of this Order.

DATED this ___8th___ day of October, 2020.

　　　　　　　　　　　　　　　　　_Susan P. Watters_
　　　　　　　　　　　　　　　　　SUSAN P. WATTERS
　　　　　　　　　　　　　　　　　United States District Judge