IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>DJAVON LAMONT KING,<br><br>Defendant. | Case No. CR 20-25-BLG-SPW-02<br><br><br>ORDER |

Defendant, Djavon Lamont King, through his counsel of record has filed a Motion to Transport Defendant (Doc. 82) from Big Horn County Jail to the Yellowstone County Detention Facility for purposes of discovery review and assisting counsel with preparation for trial. Defendant has had an investigator to assist in discovery matters since April of 2020, as well as a recently appointed coordinating discovery attorney. Trial in this matter isn't until April 5, 2021. Lastly, there is a need to limit movement of inmates due to the COVID-19 virus. Accordingly,

IT IS HEREBY ORDERED that the Defendant's Motion (Doc. 82) is DENIED.

DATED this 27th day of October, 2020.

_____
SUSAN P. WATTERS
UNITED STATES DISTRICT JUDGE