IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>DJAVON LAMONT KING,<br><br>Defendant. | CR 20-25-BLG-SPW-2<br><br>ORDER |

Upon Defendant's Unopposed Motion to File Under Seal (Doc. 118), and for good cause appearing,

IT IS HEREBY ORDERED that the Defendant's Plea Agreement shall be filed under seal.

The clerk of court is directed to notify counsel of the entry of this Order.

DATED this 6th day of January, 2021.

SUSAN P. WATTERS
United States District Judge